**Motion Granted; Abatement Order filed March 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-12-00796-CR**

**LISA MICHELLE ESTRADA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

_____

**NO. 14-12-00797-CR**

**EX PARTE LISA MICHELLE ESTRADA**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1296827 & 1296827-A**

## ABATEMENT ORDER

In the appeal docketed under number 14-12-00796-CR, appellant appeals from the order adjudicating her guilt for theft and sentencing her to confinement for six months in state jail. In the appeal docketed under number 14-12-00797-CR, she appeals from the denial of her pre-trial application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure article 11.072. *See Kniatt v. State*, 206 S.W.3d 657, 663-64 (Tex. Crim. App. 2006) (reaffirming rule that jurisdiction is established at the time the writ is filed and is not defeated by subsequent adjudication of guilt).

Appellant has filed a motion to abate the appeal for supplementation of the record. In the pre-trial writ application, appellant alleged that her plea of guilty was involuntary because her trial counsel was ineffective. She also alleged that the State had failed to disclose exculpatory evidence in the form of a police statement from witness Melanie Thomas.

At the writ hearing, even though the trial court summarily denied the writ as frivolous, the court ordered: "In an abundance of caution, I'm going to go ahead and order that the State obtain a copy of that witness statement so that it can be made a part of this record for purposes of an appeal, if that's what you choose to do." Appellant asserts that to date, the witness statement has not been made part of the record.

Accordingly, we **GRANT** appellant's motion and order these appeals **ABATED** for supplementation of the record. We **ORDER** counsel for the State to see that the witness statement by Melanie Thomas is made a part of the record and a supplemental clerk's record containing the statement is filed with the clerk of this court in the habeas appeal docketed under number 14-12-00797-CR on or before **April 26, 2013**.

The appeals are abated, treated as closed cases, and removed from this court's active docket. The appeals will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeals filed by either party, or the court may reinstate the appeals on its own motion.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.

2